IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMITRI BROWN and DONNA EVANS-BROWN, | § § § | |
| Plaintiffs, | § | |
| v. | § | 3:12-CV-4947-P |
| | § | |
| CHRISTOPHER B. BRIDGES, ROBERTA SHIELDS, DISTURBING THA PEACE ENTERTAINMENT COMPANY, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER

Now before the Court are the Findings and Recommendation of Magistrate Judge David Horan, entered on August 26, 2013. Doc. 47. No objection has been raised by the parties.[1] After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct. Therefore, the Court ACCEPTS the Findings and Conclusions of the Magistrate.

**IT IS SO ORDERED.**

Signed this 10th day of February, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

---

[1] On the same day, the Magistrate Judge entered a separate order granting a motion by Defendant on a related, but non-dispositive issue. Plaintiff raised objections to that order and that are addressed in a separate order.