IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEMITRI BROWN and DONNA EVANS-BROWN, | § § § | |
| Plaintiffs, | § | |
| v. | § § | 3:12-CV-4947-P |
| CHRISTOPHER B. BRIDGES, ROBERTA SHIELDS, DISTURBING THA PEACE ENTERTAINMENT COMPANY, INC., | § § § § § § | |
| Defendants. | § | |

## ORDER

On April 9, 2014, United States Magistrate Judge David Horan issued findings and recommendations regarding Defendants' Motion for Sanctions. Doc. 107. Neither party has raised any objections to the findings and recommendation. After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C, § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Furthermore, the Court warns Plaintiffs that if they do not comply with the obligations below, they will be in violation of the Court's order and subject to harsher sanctions, including the possible dismissal of their claims against Defendant. Plaintiffs must:

1. Provide a more sufficient response to Interrogatory No. 1 either specifically identifying all responsive individuals or specifically identifying the documents that will provide such information to Defendant;

2. Definitely respond to Interrogatory Nos. 2, 6, 14, 16 and 17 and either provide Defendant with the responsive information or unequivocally state that they have no responsive information;

3. Fully respond to Defendant's Interrogatory No. 15 providing Defendant with not only those individuals who responded to the interrogatories but also include the topics of knowledge contributed by or to each individual;

4. Definitely respond to Interrogatory No. 18 and either provide Defendant with the responsive information or unequivocally state that they have no responsive information; and

5. If they have not done so, organize their documents in the manner required under the law—by organizing and labeling them or providing them more than a bare, unsubstantiated statement that they were stored in the same manner as in the usual course of Plaintiffs' business while it was in operation.

**IT IS SO ORDERED.**

Signed this 27th day of May, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE